UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY<br>413 Longfellow Street, N.W.<br>Washington D.C. 20011<br><br>           Plaintiff,<br><br>vs.<br><br>KFC U.S. Properties, Inc.<br>Greg Dedrick, President<br>1441 Gardnier Lane<br>Louisville, Kentucky 40213<br><br>           Defendant.<br>_____/ | U.S. District Court No.<br><br>Removed from: Superior Court<br>of the District of Columbia<br>Civil Division<br>Case No. 2007 CA 000133 B<br>(Hon. Melvin R. Wright) |

## NOTICE OF REMOVAL

TO:    Rev. Earnest Lee Hobley        Clerk of the Court
        413 Longfellow Street, N.W.    Superior Court of the District of Columbia
        Washington D.C. 20011          Civil Division
                                                         500 Indiana Avenue, N.W., Room JM-170
                                                         Washington D.C. 20001

Defendant KFC U.S. Properties, Inc. ("KFC"), by its undersigned counsel, Kienbaum Opperwall Hardy & Pelton, P.L.C. and Venable, LLP, hereby removes this action from the Superior Court of the District of Columbia Civil Division, Washington D.C., where it is now pending, to the United States District Court for the District of Columbia.

In support of its Notice of Removal, Defendant states:

    1.    On January 9, 2007, Plaintiff commenced this action in the Superior Court of the District of Columbia Civil Division by filing a Complaint entitled *Rev. Earnest Lee*

*Hobley, Plaintiff, v. KFC U.S. Properties, Inc., Defendant*, docketed as case number 0000133-07.

2. The Summons, Complaint and Initial Order were served on January 12, 2007 and constituted Defendant's first notice of the lawsuit by service or otherwise.

3. The Summons, Complaint and Initial Order, attached hereto as Exhibit A, constitute all process, pleadings and orders served upon Defendant in this action to date.

4. At the time Plaintiff's action was filed, to the present time, the citizenship of the parties was and is as follows:

    a. Upon information and belief, Plaintiff Rev. Earnest Lee Hobley was and is a resident and citizen of Washington, D.C.

    b. Defendant KFC U.S. Properties, Inc. was and is a corporation incorporated under the laws of the State of Delaware, and had and has its principal place of business in Louisville, Kentucky. Defendant was not and is not a citizen of Washington, D.C.

5. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and the substantive allegations of Plaintiff's Complaint can be fairly read to indicate that the amount in controversy exceeds $75,000, exclusive of interest and costs. In support of this proposition, Defendant relies on the factual allegations contained in Plaintiff's Complaint in which he claims damages in excess of $5 billion dollars.

6. Service and notice of the filing of this Notice of Removal will be given to Plaintiff as is required. A true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the District of Columbia Civil Division, Washington D.C.

7. This action is therefore removable to this Court pursuant to 28 U.S.C. §1332 based on this Court's original diversity jurisdiction.

8. The facts and legal issues alleged in this lawsuit are identical to those raised in two prior lawsuits involving the same parties brought before the Honorable Rosemary M. Collyer in 2004 (U.S. District Court Nos. 04-CV-00314 and 04-CV-00492), as well as eleven actions involving these parties that were removed to this Court and assigned to Judge Collyer in 2005 (U.S. District Court Nos. 05-cv-00521, 05-cv-00522, 05-cv-00523, 05-cv-00608, 05-cv-01003, 05-cv-01551, 05-cv-01552, 05-cv-01574, 05-cv-01707, 05-cv-01708 and 05-cv-02190). As such, Judge Collyer is aware of the relevant background and the parties' positions on these matters and Defendant requests that, in the interests of judicial economy, this matter also be directed to Judge Collyer.

Dated this 26th day of January, 2007.

KIENBAUM OPPERWALL HARDY
& PELTON, P.L.C.

By: /s/ Eric J. Pelton
Eric J. Pelton
Bar No. MI0007
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
(248) 645-1385 (facsimile)

VENABLE, LLP
By:   David Warner
Bar No. 463079
575 7th Street, NW
Washington DC 20004-1601
(202) 344-8155
(202) 344-8300 (facsimile)

Attorneys for Defendant

104884.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

    Plaintiff,

vs.

                      U.S. District Court No.

KFC U.S. PROPERTIES, INC.,

    Defendant.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I did serve a copy of **(1) Civil Cover Sheet, (2) Notice of Designation of Related Civil Cases Pending, (3) Disclosure of Corporate Affiliations and Financial Interests,** and **(4) Notice of Removal** with attached **Certificate of Service** upon:

> Rev. Earnest Lee Hobley
> 413 Longfellow Street, N.W.
> Washington, D.C. 20011

by placing said documents in an envelope with first-class postage thereon being fully prepaid and depositing same in a U.S. mail receptacle located in Birmingham, Michigan.

                                                      _____
                                                      Raylene M. Chesney

104902.doc

# EXHIBIT A

CA Form 1

RECEIVED
JAN 12 2007
MARY GLASS

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Rev Earnest Lee Hobley
413 Longfellow Street NW
Washington DC 20011
_Plaintiff_

vs.

KFC U.S. Properties Inc
Greg Dedrick, President (served)
1441 Gardner Lane
Louisville, Kentucky 40213
_Defendant_

Civil Action No. 0000133-07

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Rev Earnest Lee Hobley
Name of Plaintiff's Attorney

413 Longfellow Street NW
Washington, DC 20011
Address

(202) 321-0068
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date 1-9-07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 12 2007

MARY ~~~ ASS

0000133-07

Rev. Earnest Lee Hobley
413 Longfellow Street, N. W.
Washington, D.C. 20011

    Plaintiff

Vs.

KFC U.S. Properties, Inc.
Greg Dedrick, President (Served)
1441 Gardnier Lane
Louisville, Kentucky 40213

    Defendant

RECEIVED
Civil Clerk's Office
JAN 0 9 2007
Superior Court of the
District of Columbia
Washington, D.C.

Civil Action No.

## COMPLAINT

1. Plaintiff brings this action under the Civil Rights Act Against conspiracy and false prosecution governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 D.C.

2. Jurisdiction of this Court is provided pursuant to D. C. Code Sec. 2-1403.16 and 11-921 (1981) since the defendant does business in D. C., plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

3. Venue is appropriate since defendant does business in D.C., plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

## PARTIES

4. Plaintiff, Rev. Earnest Lee Hobley is a 50-year old African-American male who resides in Washington, D.C.

5. Defendant, Kentucky Fried Chicken U.S. Properties, Inc. is a for-profit company that operates a chain of fast food restaurants in the metropolitan Washington, DC area.

## FACTS

6. On October 6, 2006, Wachovia Bank Vice President, Cynthia Parks verified with Rev. Hobley that the bank in fact received the bank deposit KFC claimed that Rev. Hobley had failed to make.

7. Wachovia Bank Vice President, Cynthia Parks stated that Wachovia bank never reported to KFC's general manager, Olu Adepegba; KFC's area coach, Marcus Jackson; or DC Metropolitan Police investigator James M. Lafranchise that the bank did not receive the deposit for which Rev. Hobley was responsible to make.

8. Wachovia Bank Vice President Cynthia Parks' statements confirming to Rev. Hobley that his bank deposit had in fact been received by the bank proves that KFC's area coach, Marcus Jackson's testimony that Wachovia Bank claimed they did *not* receive the deposit, was false.

9. According to Wachovia Bank vice president Cynthia Parks and Wachovia's attorney Grady C. Franks, Jr. confirmed that the bank records indicate that the money in question was never missing. The theft of the deposit for which Rev. Hobley was tried never was committed. **In other words, the Plaintiff, Rev. Hobley was tried for a crime that never occurred!**

## NATURE OF CLAIM

10. This is an action for declaratory relief, injunctive relief and damages based on conspiracy and false prosecution.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendant compensates the Plaintiff for pain and suffering, damages that he suffered because of conspiracy and false prosecution.

2. Direct that defendant compensate the Plaintiff for punitive damages for their conspiracy and false prosecution.

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorney's fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for conspiracy and false prosecution; and

4. Grant such additional relief as the Court deems just and proper, and Wherefore, the premises considered, the Plaintiff demands judgement against the Defendant in the amount

of five billion dollars ($5,000,000,000).

## JURY DEMANDS

Plaintiff demands a trial by Jury.

Respectfully Submitted,

*pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(202) 321-0068

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION



EARNEST L HOBLEY
Vs.
KFC U.S. PROPERTIES INC

RECEIVED
JAN 12 2007
MARY GLASS

C.A. No.    2007 CA 000133 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MELVIN R WRIGHT
Date:  January 9, 2007
Initial Conference: 9:30 am, Friday, April 20, 2007
Location:  Courtroom 200
    500 Indiana Avenue N.W.
    WASHINGTON, DC  20001

Caio.doc

CIVIL COVER SHEET
Case 1:07-cv-00195-RMC   Document 1-3   Filed 01/29/2007   Page 1 of 2
07-195
RMC
JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

REV. EARNEST LEE HOBLEY

11001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Se
413 Longfellow Street, N.W.
Washington, DC 20011
(202) 321-0068

## DEFENDANTS

KFC U.S. PROPERTIES, INC.

88886

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:07CV00195
JUDGE: Rosemary M. Collyer
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 01/29/2007

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ⊙ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ⊙ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)       OR       ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  |  |  |  |
|---|---|---|---|
| ⊙ **G. Habeas Corpus/ 2255**<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ⊙ **H. Employment Discrimination**<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ⊙ **I. FOIA/PRIVACY ACT**<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ⊙ **J. Student Loan**<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ⊙ **K. Labor/ERISA (non-employment)**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ⊙ **L. Other Civil Rights (non-employment)**<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ⊙ **M. Contract**<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ⊙ **N. Three-Judge Court**<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding   ⊙ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
Removal of state tort claims based on diversity jurisdiction, 28 U.S.C. Section 1332.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** $5 billion   Check YES only if demanded in complaint
**JURY DEMAND:** YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction)  YES ☒   NO ☐   If yes, please complete related case form.

**DATE** January 26, 2007   **SIGNATURE OF ATTORNEY OF RECORD** [signature]

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.