UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY,<br><br>Plaintiff,<br><br>v.<br><br>KFC U.S. PROPERTIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-195 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the Memorandum Opinion issued concurrently herewith, it is hereby

**ORDERED** that, pursuant to Fed. R. Civ. P. 12(b)(6), this case is **DISMISSED** and shall be removed from the docket of this Court;[1] and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Memorandum Opinion on Plaintiff at the address listed below.

This is a final, appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: February 1, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] As noted in the contemporaneously issued Memorandum Opinion at 2 n.1, this case is dismissed *sua sponte*.

copy to:
Rev. Earnest Lee Hobley
413 Longfellow Street NW
Washington, DC 20011