# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley
Plaintiff

vs.

Civil Action No. 1:07-cv-195 (RMC)

KFC U.S. Properties, Inc
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 28 day of February, 20 07, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 1 day of February, 20 07 in favor of KFC.U.S. Properties, Inc against said Rev. Earnest Lee Hobley

Rev. Earnest Lee Hobley
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Attorney Eric J Pelton
280 North Old Woodward Avenue
Suite 400
Birmingham, Michigan 48009-5394

RECEIVED
FEB 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT